UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| WILLIE J. MCCREARY II, <br><br> Plaintiff <br><br> v. <br><br> JUDGE ANNE GEOFFRION, <br> JUDGE MARIE LYONS (RETIRED), <br> JUDGE STEPHEN RAINAUD, <br> JUDGE BARBARA A. HYLAND, and <br> JUDGE BETH CRAWFORD, <br><br> Defendants | Civil Action No. 3:13-30192-KPN |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to subsections 1, 5, and 6 of Rule 12(b) of the Federal Rules of Civil Procedure, Justice Anne Geoffrion, Justice Marie Lyons (Retired), Justice Stephen Rainaud, Justice Barbara Hyland and Justice Beth Crawford move this Court to dismiss the above-entitled action for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted and, in the alternative, for insufficient service of process.

In support of such motion, the Defendants state that all of the alleged actions by the Defendants in the Plaintiff's complaint were taken within the scope and course of their duties and employment as justices of the Hampden Probate and Family Court. As state court judges, they are entitled to judicial immunity for their judicial actions. Moreover, this Court lacks subject-matter jurisdiction to vacate the orders issued by the Defendants. The Defendants further incorporate the reasons set forth in their Memorandum of Law in support of this motion as if expressly stated herein.

*Allowed, based on these defendants' obvious judicial immunity. So ordered -*

*Michael A. Ponsor USDJ*
*2.24.14*