Case 3:13-cv-30192-MAP   Document 18   Filed 12/19/13   Page 1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SPRINGFIELD, MASSACHUSETTS

WILLIE J. MCCREARY II, PLAINTIFF

VS

JUDGES ANNE GEOFFRION, MARIE E. LYONS ( REMOVED ),

STEPHEN RAINAUD, BARBARA HYLAND, AND BETH

CRAWFORD, DEFENDANTS

13cv30192-KPN

## MOTION FOR A TEMPORARY RESTRAINING ORDER ( TRO )

The plaintiff seeks an issuance of a temporary restraining order, and prays for it to become a permanent restraining order; plaintiff pleads for this injunction under Rule 65 and more specifically under Rule 65( b )( 1 ), to be granted without notice forthwith as it is clearly evident that without this injunction, immediate and irreparable injury, loss, and damage will result to the plaintiff before the adverse party can be heard in opposition.

Signed under the pains and penalties of perjury this 17th day of December, 2013

Willie G. McCreary II, pro se

Willie J. McCreary II, pro se

DENIED. This court clearly lacks authority to take the action requested.

Michael B. Ponsor USDJ 2·24·14