UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SPRINGFIELD, MASSACHUSETTS

WILLIE J. MCCREARY II, PLAINTIFF

V

JUDGE ANNE GEOFFRION, JUDGE MARIE E. LYONS ( REMOVED ), JUDGE STEPHEN RAINAUD, JUDGE BARBARA HYLAND, AND JUDGE BARBARA HYLAND

MOTION OF CRIMINAL CONTEMPT FOR OFFICERS OF THE COURT ( JUDGE BETH CRAWFORD AND ASSISTANT ATTORNEY GENERAL ANDREW BATCHELOR, AND THE DISQUALIFICATION OF ASSISTANT ATTORNEY GENERAL BATCHELOR ) AS BOTH HAVE ENGAGED IN FRAUD UPON THE COURT

Willie J. McCreary II, the plaintiff in this action, comes before the court to file a motion of criminal contempt against Beth Crawford, a Hampden County Probate and Family Court judge located at 50 State Street, Springfield, MA 01103 due to the willful, purposeful evasion of process by and officer of the court; further, criminal contempt charges must also be filed against Assistant Attorney

DENIED. This court lacks the authority to oversee state court proceedings. So ordered. Michael A. Ponsor USMJ 2·24·14