DENIED. This court lacks the authority and the jurisdiction to oversee state court proceedings. So ordered. Michael A Ponsor USDJ 2.24.14

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SPRINGFIELD, MASSACHUSETTS

2014 FEB 19 P 1:55

WILLIE I. MCCREARY II, PLAINTIFF                              3:13-CV-30192-KPN

V

JUDGE ANNE GEOFFRION, JUDGE MARIE E. LYONS ( REMOVED ), JUDGE STEPHEN RAINAUD, JUDGE BARBARA HYLAND, AND JUDGE BETH CRAAWFORD, DEFENDANTS

FURTHER MOTION FOR A TEMPORARY RESTRAINING ORDER AS JUDGE BARBARA HYLAND CONTINUES TO ACT IN OPEN DEFIANCE OF THE RULES OF CIVIL PROCEDURE, THE CONSTITUTION OF THE COMMONWEALTH OF MASSACHUSETTS, THE CONSTITUTION OF THE UNITED STATES, AND THE CODE OF JUDICIAL CONDUCT, AND TO COMPELL ACTION

Now comes Willie J. McCreary II, the plaintiff and pro se litigant in this civil action in a further motion for a temporary restraining order as Judge Barbara Hyland continues to act in open defiance of the Rules of Civil Procedure, the Constitution of the Commonwealth of Massachusetts, the Constitution of the United States, and the Code of Judicial Conduct, and to compel action.

1