# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE J. MCCREARY, II )<br>　　　Plaintiff(s)　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)　　CIVIL ACTION NO. 3:13-30192-MAP<br>　　　　　　　　　　　　　　　　)<br>JUDGE ANNE GEOFFRION, ET AL　)<br>　　　Defendant(s)　　　　　　　)| |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Judge Anne Geoffrion, et al., against the plaintiff Willie J. McCreary II, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: February 24, 2014　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 1-Ptf v Multi-Dfts-al el.wpd - 11/98)
[jgm.]